IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JAMES JEFFERSON,

    Petitioner,    No. 2:10-cv-2051 KJN P

    vs.

SUTTER COUNTY PROBATION DEPARTMENT,

    Respondent.    ORDER

/

Respondent has requested an extension of time to file and serve a response to the petition for writ of habeas corpus pursuant to the court's order of August 12, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's October 4, 2010 motion for extension of time is granted; and

    2. Respondent shall file and serve an answer on or before November 10, 2010. Petitioner's reply is due thirty days thereafter.

DATED: October 5, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jeff2051.111