UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JAMES JEFFERSON, | No.  2: 10-cv-2051 MCE KJN P |
| Petitioner, | |
| v. | FINDINGS & RECOMMENDATIONS |
| SUTTER COUNTY PROBATION DEPARTMENT, | |
| Respondent. | |

Petitioner is proceeding, without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 29, 2012, findings and recommendations were served on petitioner at his address of record.  On July 2, 2012, these findings and recommendations were returned unserved as "undeliverable, forward time expired."

Pursuant to Local Rule 182(f), it is the petitioner's responsibility to keep the court apprised of his current address at all times.  Because petitioner has failed to comply with Local Rule 182(f), the undersigned recommends that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.  Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  If petitioner files objections,
3  he shall also address whether a certificate of appealability should issue and, if so, why and as to
4  which issues.  Any response to the objections shall be served and filed within fourteen days after
5  service of the objections.  The parties are advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

8  Dated: September 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

11  jeff2051.nca